[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13410

Non-Argument Calendar

_____

In re: PETER PAUL MITRANO,

_____

PETER PAUL MITRANO,

Plaintiff-Appellant,

*versus*

VIRGINIA L. KELLY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

2                    Opinion of the Court                    24-13410

D.C. Docket No. 6:24-cv-01694-JSS,
6:24-bk-02053-TPG

_____

Before BRANCH, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Peter Paul Mitrano, proceeding *pro se*, appeals from the district court's order denying his construed motion to withdraw the reference of his adversary proceeding against Virginia Kelly from the bankruptcy court. However, such orders are neither final, as they "essentially only determine the forum in which final decisions will be reached," nor appealable as collateral orders, as they "remain[] subject to review upon final judgment." *See Hialeah Hosp., Inc. v. Dep't of Health & Rehabilitative Servs. (In re King Mem'l Hosp., Inc.)*, 767 F.2d 1508, 1510 (11th Cir. 1985).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.